■ In the Matter of the Claim of ATTILIO R. MAROTTA, Appellant. PHILIP ROSS, as Industrial Commissioner, Respondent. — Appeal from a decision of the Unemployment Insurance Appeal Board, filed March 6, 1981, which affirmed the decision of an Administrative Law Judge sustaining the initial determination of the Industrial Commissioner which reduced claimant's benefit rate to zero, effective November 3, 1980, in accordance with subdivision 7 of section 600 of the Labor Law. Decision affirmed, without costs. (See *Matter of Liss [Ross]*, 80 AD2d 716.) Sweeney, J. P., Casey, Yesawich, Jr., Weiss and Herlihy, JJ., concur.

■ LENA G. WITKOWSKI, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 63783.) — Appeal from an order of the Court of Claims (Murray, J.), entered April 20, 1981, which granted defendant's motion for summary judgment dismissing the claim. Order affirmed, without costs, on the opinion of Judge Edward M. Murray of the Court of Claims. Kane, J. P., Main, Mikoll, Weiss and Herlihy, JJ., concur.

## (September 21, 1981)

■ In the Matter of PLATTSBURGH PUBLISHING COMPANY, DIVISION OF OTTAWAY NEWSPAPERS, INC., Doing Business as PRESS-REPUBLICAN, et al., Respondents, v ROGER DASHNAW, as Town Justice of the Town of Schuyler Falls, et al., Appellants. — Motion by respondents to dismiss appeal taken by appellants from judgment of Special Term entered June 18, 1981, upon ground that judgment is not appealable as of right (CPLR 5701, subd [b]). Motion denied, without costs. Since it appears from the papers that, in essence, the judgment appealed from resolved the entire proceeding by granting respondents all of the relief sought in the petition, namely, vacatur of the closure order made by the appellant Town Justice and a direction that said appellant conduct a hearing prior to the exclusion of the public from the preliminary hearing in a criminal case, the judgment is final and therefore appealable as of right (CPLR 5701, subd [a], par 1; cf. *Matter of Pelaez v Waterfront Comm. of N. Y. Harbor*, 48 NY2d 1021, 1023). Mahoney, P. J., Kane, Casey, Yesawich, Jr., and Weiss, JJ., concur.